Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KATHLEEN M. OLSON,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST NATIONAL INSURANCE COMPANY OF AMERICA; SAFECO INSURANCE COMPANY OF AMERICA; LIBERTY MUTUAL GROUP, INC.,<br><br>Defendants. | NO. CV 19-00322<br><br>STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANTS SAFECO INSURANCE COMPANY OF AMERICA AND LIBERTY MUTUAL GROUP, INC. ONLY |

## STIPULATION

**COME NOW** all parties, by and through their respective counsel of record, and stipulate as follows:

1. That First National Insurance Company issued the insurance policy at issue in this cause and is the real party in interest.

2. That Defendants Safeco Insurance Company of America and Liberty Mutual Group, Inc. did not play any role in issuing the insurance policy at issue or in handling Plaintiff's insurance claim and therefore shall be dismissed from this litigation.

**STIPULATION & ORDER OF DISMISSAL RE: SAFECO INS. CO. OF AMERICA AND LIBERTY MUTUAL GROUP, INC. ONLY** (Cause No. 2:19-cv-00322-RSM) **-1-**

**LESTER & ASSOCIATES, P.S., INC.**
119 N Commercial St., Ste 175
Bellingham, Washington 98225
(360) 733-5774
fax (360) 733-5785

DATED this 18th day of March, 2019.

LESTER & ASSOCIATES, P.S., INC.       WILSON SMITH COCHRAN DICKERSON

By: /s/ Tom Lester_____          By: /s/ John Silk_____
    Tom Lester, WSBA #15814              John M. Silk, WSBA #15035
    Attorneys for Plaintiff              Chris Pierce-Wright, WSBA #52815
                                         Attorneys for Defendants

## ORDER OF DISMISSAL

Based on the foregoing stipulation,

IT IS HEREBY ORDERED that Safeco Insurance Company of America and Liberty Mutual Group, Inc., are dismissed as Defendants in the above captioned cause.

FURTHER, the case caption in the above matter shall now read as follows:

> KATHLEEN M. OLSON,
>
>             Plaintiff,
>
> vs.
>
> FIRST NATIONAL INSURANCE
> COMPANY OF AMERICA,
>
>             Defendant.

DATED this 25 day of March, 2019.

                                    RICARDO S. MARTINEZ
                                    CHIEF UNITED STATES DISTRICT JUDGE

**STIPULATION & ORDER OF DISMISSAL RE: SAFECO INS. CO. OF AMERICA AND LIBERTY MUTUAL GROUP, INC. ONLY** (Cause No. 2:19-cv-00322-RSM) **-2-**

**LESTER & ASSOCIATES, P.S., INC.**
119 N Commercial St., Ste 175
Bellingham, Washington 98225
(360) 733-5774
fax (360) 733-5785

LESTER & ASSOCIATES, P.S., INC.		WILSON SMITH COCHRAN DICKERSON

By: /s/ Tom Lester			By: /s/ John Silk
    Tom Lester, WSBA #15814		    John M. Silk, WSBA #15035
    Attorneys for Plaintiff		    Chris Pierce-Wright, WSBA #52815
    			    Attorneys for Defendants

**STIPULATION & ORDER OF DISMISSAL RE: SAFECO INS. CO. OF AMERICA AND LIBERTY MUTUAL GROUP, INC. ONLY** (Cause No. 2:19-cv-00322-RSM) **-3-**

**LESTER & ASSOCIATES, P.S., INC.**
119 N Commercial St., Ste 175
Bellingham, Washington 98225
(360) 733-5774
fax (360) 733-5785