UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| KATHLEEN M. OLSON, | No. 2:19-cv-00322-RSM |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION FOR AND ORDER OF DISMISSAL |
| FIRST NATIONAL INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

## STIPULATION

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims in this action shall be dismissed with prejudice and without costs, with each party to bear their own attorney fees and other litigation expenses.

Dated this ____ day of _____, 2020.

_____
Tom Lester, WSBA# 15814
Lester & Associates, P.S., Inc.
119 N. Commercial St., Suite 175
Bellingham, WA 98225
360-733-5774 T | 360-733-5785 F
tom@lesterandassociates.com
Attorneys for Plaintiff

STIPULATION FOR AND ORDER OF
DISMISSAL (Cause No. 2:19-cv-00322-RSM) – 1
GAW1379.709/3495482x



901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

_____
John M. Silk, WSBA #15035
Christopher Pierce-Wright, WSBA #52815
Wilson Smith Cochran Dickerson
901 Fifth Avenue, Suite 1700
Seattle, WA  98164-2050
206-623-4100 T | 206-623-9273 F
silk@wscd.com
Pierce-Wright@wscd.com
Attorneys for Defendant

## ORDER OF DISMISSAL

Based on the above Stipulation, IT IS SO ORDERED.

DATED this 24 day of March 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION FOR AND ORDER OF DISMISSAL (Cause No. 2:19-cv-00322-RSM) – 2
GAW1379.709/3495482x



901 FIFTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON  98164
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273